```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

FELICIA M. ANDERSON,              :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :     CIVIL ACTION 11-0370-M
                                  :
MICHAEL J. ASTRUE,                :
Commissioner of Social Security,  :
                                  :
    Defendant.                    :


## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Felicia M. Anderson.

DONE this 29th day of February, 2012.


                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE